IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:12-cv-00876-RGA |
| | ) |
| FACEBOOK INC., | ) |
|     Defendant. | ) |
| | ) |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Parallel Iron, LLC ("Plaintiff") and Defendant Facebook Inc. ("Facebook") have settled Plaintiff's claims for relief against Facebook asserted in this case.

NOW, THEREFORE, Plaintiff and Facebook, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Facebook, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

January 14, 2014                                       Respectfully submitted,

STAMOULIS & WEINBLATT LLC                BLANK ROME LLP

*/s/ Richard C. Weinblatt*                           */s/ Steven L. Caponi*
Stamatios Stamoulis #4606                         Steven L. Caponi #3484
   stamoulis@swdelaw.com                        caponi@blankrome.com
Richard C. Weinblatt #5080                        1201 North Market Street, Suite 800
   weinblatt@swdelaw.com                     Wilmington, DE 19801-4226
Two Fox Point Centre                              Telephone: (302) 425-6400
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

**ATTORNEY FOR PLAINTIFF**                 **ATTORNEY FOR DEFENDANT**
**PARALLEL IRON, LLC**                     **FACEBOOK INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:12-cv-00876-RGA |
| | ) |
| FACEBOOK INC., | ) |
| Defendant. | ) |
| | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Parallel Iron, LLC ("Plaintiff") and Defendant Facebook Inc. ("Facebook") announced to the Court that they have settled Plaintiff's claims for relief against Facebook asserted in this case. Plaintiff and Facebook have therefore requested that the Court dismiss Plaintiff's claims for relief against Facebook, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Facebook are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED this _____ day of _____, 2014.

_____
U.S.D.J.